IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00130-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MOICES GARDUNO VALENCIA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the post-sentencing motions of the defendant, pro se, for a reduction of his sentence pursuant to USSG §5K1.1. (Doc. Nos. 126, 133).

The defendant asserts that he provided assistance to law enforcement that led to several arrests, (Id. at 1); however, the United States Attorney did not move to reduce his sentence, (Doc. No. 76: Statement of Reasons at 2). Section 5K1.1 gives the government the discretion of whether to move for a downward departure for substantial assistance. United States v. Francois, 889 F.2d 1341, 1344 (4th Cir. 1989).

**IT IS, THEREFORE, ORDERED** that the defendant's motions are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant and to the United States Attorney.

Signed: September 5, 2023

Robert J. Conrad, Jr.
United States District Judge